JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 11-0626-DOC(SSx)                                  Date  October 12, 2011

Title  SECURITIES AND EXCHANGE COMMISSION V. MURGENT CORPORATION, ET AL.

---

Present: The Honorable        DAVID O. CARTER

| Julie Barrera | NONE PRESENT | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

Proceedings:   (In Chambers)     ORDER CLOSING CASE

☐    Case previously closed in error.  Make JS-5.

☒    Case should have been closed on entry dated July 6, 2011.

☐    Case settled but may be reopened if settlement is not consummated within days. Make JS-6.

☐    Other:

                                                                                        : 00

                                                    Initials of Preparer   jcb