UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. SACV 11-0626 DOC (SSx)                             Date: February 21, 2012

Title: SECURITIES AND EXCHANGE COMMISSION v. MURGENT CORPORATION, et al.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                             NONE PRESENT

PROCEEDING (IN CHAMBERS):        TAKING MATTER UNDER SUBMISSION

  Before the Court is a Motion for Final Judgment of Disgorgement and Civil Penalties Against All Defendants filed by Plaintiff Securities and Exchange Commission (Docket 19). The Court finds this matter appropriate for decision without oral argument. Fed.R.Civ. P. 78; Local Rule 7-15.

  Accordingly, the hearing set for February 27, 2012 at 8:30 a.m. is removed from the calendar. Parties will be served with the Court's ruling.

  The Clerk shall serve a copy of this minute order on counsel for all parties in this action.